UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

David Michaud,
        Plaintiff

        v.                                    Civil No. 00-47-M
                                              Opinion No. 2000DNH067

Tina Nadeau; Michael McQuade; Wayne
Perreault; Peter Odom; Susan Morrell;
Diane Dubay; Frank Gagnon; Linda
Michaud; Stephanie Nute; Peter Fauver;
Bruce Mohl; Edward Fitzgerald; David
Funk; Warren Dowaliby; Sandra Hodge-Funk;
Kevin Sullivan; Della Rollins; James
McQuade; Marilyn Allen; Richard Renner;
David Bedard; Fred Serta; Victoria Heyl;
Shauna Michaud; Chad Michaud; Strafford
County Jail; Rochester Police Department;
and the City of Rochester, NH
        Defendants

## O R D E R

No objection having been filed, I herewith approve the

Report and Recommendation of Magistrate Judge Muirhead dated

March 8, 2000.

This dismissal counts as a strike against the plaintiff

under 28 U.S.C. § 1915(g).


        **SO ORDERED.**

                                    _____
                                    Steven J. McAuliffe
                                    United States District Judge

March 20, 2000

cc:  David Michaud, pro se